IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MADJID GHASSEMIAN POUR BAVANDI,

    Plaintiff,
v.                                                          CASE NO. 1:08-cv-178-SPM-AK

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE,

    Defendant.
_____/

## O R D E R

This cause, challenging Defendant's refusal to grant Plaintiff's request for naturalization, is before the Court on Doc. 1, Complaint. Plaintiff brings this cause *pro se,* and he has paid the filing fee. The Court was prepared to issue summons and an order explaining service, but Plaintiff did not provide any service copies of his complaint.

Accordingly, it is **ORDERED:**

That no later than **September 26, 2008**, Plaintiff shall provide the Court with three (3) identical copies of his complaint with attachments for service on the Defendant.

**Failure to submit the service copies as directed will result in a recommendation of dismissal of this action**.

**DONE AND ORDERED** this **26th** day of August, 2008.

                    *s/ A. KORNBLUM*
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**