IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MADJID GHASSEMIAN POUR BAVANDI,

    Plaintiff,

v.                                                                CASE NO. 1:08-cv-178-SPM-AK

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause, challenging Defendant's refusal to grant Plaintiff's request for naturalization, is before the Court on Doc. 12, Defendant's motion to dismiss or, alternatively, for summary judgment. Defendant maintains the case is now moot, as Plaintiff took the oath of citizenship on February 19, 2009. Plaintiff has not disputed the Defendant's representations, and therefore, because Plaintiff has now received all that he requested, this cause should be dismissed as moot.

It is therefore respectfully **RECOMMENDED** that Defendant's motion to dismiss or, alternatively, for summary judgment, Doc. 12, be **GRANTED**, and this cause be **DISMISSED AS MOOT**.

**IN CHAMBERS** at Gainesville, Florida, this *26th* day of March, 2009.

                                      *s/ A . KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**