IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MADJID GHASSEMIAN POUR BAVANDI,

        Plaintiff,

v.                                     CASE NO. 1:08cv178-SPM/AK

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE,

        Defendant.

_____/

## ORDER

        THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 26, 2009 (doc. 13).  The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

        Accordingly, it is hereby ORDERED as follows:

        1.      The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

        2.      Defendant's motion to dismiss or, alternatively, for summary

judgment (doc. 12) is granted.

      3.     This case is dismissed as moot.

      DONE AND ORDERED this 13th day of May, 2009.


*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge